**11/18/2015**                                                **COA No. 02-15-00135-CR**
**LOYNACHAN, SAMSON M.    Tr. Ct. No. 1233936R             PD-0852-15**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
\* DELIVERED VIA E-MAIL \*

**11/18/2015**                                                           **COA No. 02-15-00135-CR**
**LOYNACHAN, SAMSON M.    Tr. Ct. No. 1233936R**                    **PD-0852-15**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

SAMSON LOYNACHAN
ROBERTSON UNIT - TDC# 1789266
12071 FM 3522
ABILENE, TX  79601

**11/18/2015**                                                                                    **COA No. 02-15-00135-CR**
**LOYNACHAN, SAMSON M.    Tr. Ct. No. 1233936R            PD-0852-15**
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**11/18/2015**                                              **COA No. 02-15-00135-CR**
**LOYNACHAN, SAMSON M.    Tr. Ct. No. 1233936R                PD-0852-15**
On this day, the Appellant's Pro Se petition for discretionary review has been
refused.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *